■ ROBERT S. BOURKE, Appellant, v ALBANY MEDICAL CENTER et al., Respondents, et al., Defendant.—Appeal from an order of the Supreme Court (Doran, J.), entered May 28, 1987 in Albany County, which, inter alia, granted motions by various defendants for partial summary judgment dismissing all but the 18th cause of action set forth in the amended complaint.

Order affirmed, with one bill of costs, upon the opinion of Justice Robert F. Doran. Kane, J. P., Yesawich, Jr., Levine, Harvey and Mercure, JJ., concur.